IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTINE C. LUCERO, Individually, and as
Personal Representative of the Estate of
ROSEMARY KATHERINE LUCERO, Deceased,

    Plaintiffs,

vs.                                      CIVIL NO. 15-CV-0078-JAP-KBM

ST. CATHERINE HEALTHCARE AND REHABILITATION
CENTER, LLC, A Delaware Corporation, NECESSITY CASE
MANAGEMENT AND CONSULTATION, LLC, a New Mexico
Limited Liability Company, DAWN BROWN, individually,
AMY DIMAS, individually, and JOHN AND/OR JANE DOES I-IV,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiffs' and Defendants St. Catherine Healthcare and Rehabilitation Center, LLC's, Dawn Brown's and Amy Dimas' Joint Motion to Dismiss with Prejudice, and the Court being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' claims that were asserted or that could have been asserted against Defendants St. Catherine Healthcare and Rehabilitation Center, LLC, Dawn Brown and Amy Dimas are hereby dismissed with prejudice as a result of the parties reaching a settlement agreement, and that Plaintiffs and Defendants will each bear their respective costs and fees.

_____
JAMES A. PARKER
District Court Judge

**APPROVED:**

MEDRANO, HESS & STRUCK, P.C.

By: _Approved via email on June 9, 2015_____
      Bryan J. Hess
      Mario M. Medrano
      Attorneys for Plaintiffs

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  _/s/ Denise M. Chanez_____
      Denise M. Chanez
      Attorneys for Defendants